# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

150062

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TERRIY D. WHITEHEAD,
   Plaintiff-Appellant,

v

PAUL S. DHRUVAN,
   Defendant-Appellee.

SC: 150062
COA: 320117
Oakland CC: 2009-765745-DM

_____/

   On order of the Court, the application for leave to appeal the June 11, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



Clerk

p1217